March 31, 1977

372 A.2d 849

Commonwealth v. Montgomery, Appellant.

Submitted June 14, 1976. Jon C. Sirlin, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.